1  BREEAN L. BEGGS, WSBA 20795
2  JOHN D. SKLUT, WSBA 37147
   CENTER FOR JUSTICE
3  35 West Main, Suite 300
   Spokane, WA 99201
4  (509) 835-5211
   Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN HUSS, a single man, and others similarly situated, | Case No.: CV-05-180-FVS |
| Plaintiff, | PRAECIPE |
| vs. | |
| SPOKANE COUNTY, a municipal corporation, | |
| Defendant. | |

**TO THE CLERK OF THE ABOVE-TITLED COURT:**

When filing the DECLARATION OF BREEAN BEGGS IN SUPPORT OF THE MOTION TO CERTIFY A CLASS ACTION, Document #97, filed on December 20, 2006, the signature of Breean Beggs on page 6 was not properly submitted.

BREEAN BEGGS, attorney, corrects this attachment by re-filing a signed copy of page 6 of his Declaration with this praecipe.

DATED this 21st day of December, 2006.

PRAECIPE. - 1

N:\Attorney Folders\John\Client Files\Huss, Shawn\Pleadings\Praecipe Decl 12.21.06.doc

CENTER FOR JUSTICE
35 W. MAIN, SUITE 300
SPOKANE, WA 99201
PHONE: (509) 835.5211
FAX: (509) 835.3867

| | |
|---|---|
| 1 | *s/ Breean L. Beggs WSBA # 20795* |
| 2 | Center for Justice |
|   | 35 W. Main, Suite 300 |
| 3 | Spokane, WA 99201 |
|   | Telephone: (509) 835.5211 |
| 4 | Fax: (509) 835.3867 |
| 5 | E-Mail: breean@cforjustice.org |
|   | Attorney for Plaintiff |

PRAECIPE. - 2

N:\Attorney Folders\John\Client Files\Huss, Shawn\Pleadings\Praecipe Decl 12.21.06.doc

CENTER FOR JUSTICE
35 W. MAIN, SUITE 300
SPOKANE, WA 99201
PHONE: (509) 835.5211
FAX: (509) 835.3867

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2006, I presented the foregoing **Praecipe** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Breean L. Beggs | breean@cforjustice.org, |
| Sue McWhirter | smcwhirter@cforjustice.org |
| John D. Sklut | jsklut@cforjustice.org |
| Mary E. Harvill | mharvill@cforjustice.org |
| James H. Kaufman | jkaufman@spokanecounty.org |
| D. Monroe | dmonroe@spokanecounty.org |
| T. Baldwin | tbaldwin@spokanecounty.org |
| Frank Conklin | fjconklin@yahoo.com, conklinsparalegal@hotmail.com |
| Timothy D. Ford | TimF@atg.wa.gov, SGOOlyEF@atg.wa.gov |

*s/ Mary E. Harvill*
Center for Justice
35 W. Main, Suite 300
Spokane, WA 99201
Telephone: (509) 835.5211
Fax: (509) 835.3867
E-Mail: mharvill@cforjustice.org
Of Attorneys for Plaintiff

EXHIBIT C: Spokane County Jail's Claim Form for Reimbursement of Intake Fees.

EXHIBIT D: Notes collected by the Spokane County Jail prior to implementing its booking fee policy, which were provided to our office pursuant to a public records request.

7. Defendant Spokane County has filed a Motion for Reconsideration. Once this Court rules on that motion, the parties will be able to establish the proper notice to the putative class members. At this time, the Defendant has in its possession the names and last known addresses of all of the putative class members. A true and correct copy of the Proposed Notice is attached as EXHIBIT E.

8. A true and correct copy of a Proposed Order for Class Certification is attached as EXHIBIT F.

Signed under penalty of perjury under the laws of the State of Washington this 20th day of December, 2006.

CENTER FOR JUSTICE

BREEAN L. BEGGS
WSBA #20795
35 W. Main, Suite 300
Spokane, WA 99201
Telephone: (509) 835.5211
Fax: (509) 835.3867
E-Mail: breean@cforjustice.org
Attorney for Plaintiff Shawn Huss

DECLARATION OF COUNSEL - 6

N:\Attorney Folders\John\Client Files\Huss, Shawn\Pleadings\Class Certification\Dec of BB in Support of Motion to Certify a Class Action.12.20.06.doc

Center for Justice
35 West Main, Suite 300
Spokane, WA 99201
(509) 835-5211
Fax: (509) 835-3867