# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWN HUSS, | **Case No.** CV-05-180-FVS |
| Plaintiff(s), | **MINUTES** SETTLEMENT CONFERENCE |
| vs. | **DATE:** 03/16/10 |
| SPOKANE COUNTY, | **LOCATION: SPOKANE** |
| Defendant(s). | |

| JUDGE FRED VAN SICKLE | | |
|---|---|---|
| Bruce A Anderson | Kyle Perkins | Mark Snover |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Breean L. Beggs | | Michael A. Patterson |
| **Plaintiff's Counsel** | | **Defendant's Counsel** |

[ X ]  Open Court        [  ]  Chambers        [ X ]  Telecon

**Judge Van Sickle Telephonically Appeared**

Counsel presented statements re: Settlement issues.

Court determines settlement reasonable.
    Mr. Huss shall receive an award incentive of $10,000.00
    Plaintiff's Attorney fees $147,487.48 - Granted
    Reimbursement of costs $3,376.39 - Granted
Proposed Settlement Ordered - Granted

| CONVENED: 1:00 PM | ADJOURNED: 1:15 PM | TIME: 0/15 | CALENDARED [  ] |
|---|---|---|---|