```
                                        FILED IN THE
                                     U.S. DISTRICT COURT
                                 EASTERN DISTRICT OF WASHINGTON

                                        MAR 16 2010

                                     JAMES R. LARSEN, CLERK
                                     _____ DEPUTY
                                       SPOKANE, WASHINGTON
```

Shappa Baker, #787553, R-A-54
Airway Heights Correction Center
P.O. Box 2049
Airway Heights, WA  99001-2049

Jeffry K. Finer, Attorney at Law
CENTER FOR JUSTICE
35 W. Main, Suite 300
Spokane, WA  99201

December 14, 2009

(OBJECTIONS TO PROPOSED SETTLEMENT)

Re: Shawn Huss v. Spokane County, Case No. CV-05-180-FVS

Dear Mr. Finer:

I am writing regarding the above-referenced class action.

Recently I have become aware that you are attempting to negotiate a settlement in this litigation, wherein I am a class member. Your letter to me dated January 8, 2009, stated that: "If the court does rule in our favor and certifies a class, the clerk of the U.S. District Court will contact all individuals affected by the decision in the case and provide further instructions to each individual. ..." Apparently, the court already did certify the class prior to that date (1/08/09). Also, according to what I have heard from others here at AHCC, this proposed settlement would exclude arrestees that were subsequently convicted and/or did not acquire an acquittal/dismissal of the charges they were booked into the county jail on.

First, I am very distraught at a proposed settlement that would exclude myself and a vast number of others, presumably. As such, I would have to **OBJECT TO ANY PROPOSED SETTLEMENT ACCORDINGLY**. Furthermore, I was never provided with instructions or any type of notice whatsoever of this proposed settlement. Again, I would adamently **OPPOSE/OBJECT TO ANY PROPOSED SETTLEMENT FOR FAILURE TO PROVIDE NOTICE** since I never received any even though I wrote to you and the Spokane County Jail on numerous occasions as I informed you of in my letter dated January 1, 2009. Moreover, I am now inclined to question whether my legal interests are being adequately represented at this time due to the above reasons stated. **ACCORDINGLY, I HEREBY OBJECT TO ANY PROPOSED SETTLEMENT FOR INADEQUATE REPRESENTATION OF MY LEGAL INTERESTS HEREIN.**

Given the foregoing concerns expressed, I am mailing a courtesy copy of this objection/opposition notice to the clerk of the U.S. District Court and hope you might contact me promptly in order to resolve the matters herein.

Thank you for your time, attention and consideration given to the concerns raised regarding this matter.

Sincerely yours,

Shappa Baker    /s/ Kim Baker — P.O.A. for Shappa Baker

cc: file
cc: Clerk of the U.S. District Court for the Eastern District of Washington

** OUTGOING LEGAL MAIL LOG #11635 @ approx. 1500 hours on Dec. 14, 2009, in R-unit of AHCC **